JS-6

| | |
|---|---|
| FLORENTINO HUERTA GAMBOA, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF UPLAND; and DOES 1-100,<br><br>        Defendants. | Case No.: 5:16-cv-02189-ODW-KK<br><br>*[Assigned to the Hon. Otis D. Wright, II]*<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO DISMISS**<br><br>Fed.R.Civ.P. 41(a)(1)<br><br>Case Filed:    October 17, 2016 |

    Pursuant to Fed.R.Civ.P. 41(a)(1) Defendant, CITY OF UPLAND, a public entity, is dismissed with prejudice. The parties to waive any right to seek any costs and attorney's fees.

    IT IS SO ORDERED.

DATED: 1-6-17

*/s/ Otis D. Wright*
UNITED STATES DISTRICT COURT JUDGE

- 1 -

[PROPOSED] ORDER